# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RONALD GUIDRY, #R-58604, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL NO. 10-938-GPM |
| DEPARTMENT OF CORRECTIONS, | ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

This action is before the Court on a document filed by Plaintiff entitled "Written Injunction" (Doc. 1). In this document, Plaintiff lists several claims under 42 U.S.C. § 1983 but does not elaborate on any claim nor name any defendants. As it is written, this Court has no way to assess Plaintiff's complaint or to determine whether Plaintiff has any legitimate claims.

Plaintiff is **INSTRUCTED** to file a proper § 1983 complaint with this Court within 21 days of the date of this order. Failure to file a complaint as directed will result in this action being dismissed for failure to comply with an order of this Court. FED. R. CIV. P. 41(b).

Plaintiff has filed a motion to amend his complaint and for appointment of counsel (Doc. 7). However, Plaintiff has not attached a proposed amended complaint to his motion. Thus, the Court cannot determine, based upon this document, whether Plaintiff has any legitimate claims or whether he is capable of representing himself. As a result, these motions are **DENIED** as moot.

**IT IS SO ORDERED.**

DATED: 03/31/11

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge